# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald F. Fischer, | ) ) ) ) |
| Plaintiff, | ) **ORDER FOR STATUS CONFERENCE** ) |
| v. | ) ) ) |
| United States Life Insurance Company in the City of New York, et al., | ) ) ) Case No.: 1:19-cv-152 |
| Defendants. | ) ) |

**IT IS ORDERED**:

The court shall hold a status conference on January 14, 2020, at 9:00 A.M. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 11th day of October, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court