# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald F. Fischer,<br><br>    Plaintiff,<br><br>vs.<br><br>United States Life Insurance Company in the City of New York and AIG Benefit Solutions,<br><br>    Defendants. | **ORDER**<br><br>Case No. 1:19-cv-152 |

The court held a scheduling conference with the parties by telephone on October 18, 2019. At the close of the conference the parties agreed to substitute American International Group, Inc. as a named defendant in place of AIG Benefit Solutions, with the understanding that defendants were not waiving any claims or defenses by agreeing to this substitution.

Accordingly, the **ORDERS** that American International Group, Inc. shall be substituted for AIG Benefit Solutions with the understanding that, by agreeing to this substitution, defendants are not waiving any claims or defenses.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2019.

                                                        */s/ Clare R. Hochhalter*
                                                       Clare Hochhalter, Magistrate Judge
                                                       United States District Court