# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald F. Fischer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| United States Life Insurance Company in ) | |
| the City of New York and American ) | |
| International Group, Inc., ) | |
| ) | Case No. 1:19-cv-152 |
| Defendants. ) | |

On September 18, 2019, defendant United States Life Insurance Company in the City of New York filed a motion to stay discovery. On October 1, 2019, plaintiff filed a motion to expedite discovery and trial. For reasons articulated by the court at status conference held by telephone on October 11, 2019, both motions (Doc. Nos. 11 and 16) are **DENIED**.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2019.

                                                    */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court