# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ronald F. Fischer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Life Insurance Company | ) | |
| in the City of New York, et al., | ) | Case No.: 1:19-cv-152 |
| | ) | |
| Defendants. | ) | |

The status conference set for March 2, 2020, shall be rescheduled for March 6, 2020, at 9:00 a.m. CST. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court