# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ronald F. Fischer, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Life Insurance Company in the City of New York and American International Group, Inc., | ) ) ) | Case No.: 1:19-cv-152 |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED**:

The court shall hold a status conference by telephone before the magistrate judge on June 10, 2020, at 2:30 PM (CST). To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 3rd day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court