# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald F. Fischer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| United States Life Insurance Company ) | |
| in the City of New York and American ) | |
| International Group, Inc., Disability ) | |
| Insurance Specialists, LLC, and Hartford ) | Case No. 1:19-cv-152 |
| Life and Accident Company, ) | |
| ) | |
| Defendants. ) | |

The court shall hold a status conference with the parties by telephone on October 9, 2020, at 9:30 AM CDT. To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court