# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ronald F. Fischer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Life Insurance Company, in the City of New York, et al., | ) ) | Case No. 1:19-cv-152 |
| | ) | |
| Defendants. | ) | |

On May 13, 2021, Judge Traynor issued an order directing the parties to participate in a court-hosted settlement with the undersigned prior to August 31, 2021.  (Doc. No. 257).

The undersigned shall schedule a status conference with the parties by telephone on June 14, 2021, at 1:30 PM CDT to discuss the logistics of a court-hosted settlement conference and to find a mutually agreement date on which to schedule it.  To participate in the status conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court