# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ronald F. Fischer, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United States Life Insurance Company in ) | |
| Company in the City of New York, et al., ) | Case No. 1:19-cv-152 |
| ) | |
| Defendants. ) | |

Before the court is a "Stipulated Motion to Vacate Settlement Conference" filed by the parties on September 3, 2021. The parties advise that they have agreed to a private mediation with former Magistrate Judge on October 11, 2021, and request that the court-hosted settlement conference be cancelled.

The court **GRANTS** the motion (Doc. No. 267) and cancels the court-hosted settlement conference scheduled for September 22, 2021. The parties are to promptly report the outcome of their private mediation to the court.

**IT IS SO ORDERED.**

Dated this 7th day of September, 2021.

>            */s/ Clare R. Hochhalter*
>            Clare R. Hochhalter, Magistrate Judge
>            United States District Court