# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ronald F. Fischer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Life Insurance Company in the City of New York, et al., | ) | Case No. 1:19-cv-152 |
| | ) | |
| Defendants. | ) | |

On November 17, 2021, plaintiff filed a motion for reconsideration of its order granting in part and denying in part one of his motions to compel. (Doc. No. 279). Therein he requests an expedited decision.

The court will court endeavor to expedite matters and to help accomplish this will accelerate the briefing schedule for plaintiff's motion. Accordingly, defendants shall have until November 24, 2021, to file a response to plaintiff's motion for reconsideration. Plaintiff shall have until November 26, 2021, to file a reply.

**IT IS SO ORDERED.**

Dated this 18th day November, 2021.

<i>/s/ Clare R. Hochhalter</i><br>
Clare R. Hochhalter, Magistrate Judge<br>
United States District Court