# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ronald F. Fischer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| United States Life Insurance Company in the City of New York, et al., | ) ) | Case No. 1:19-cv-152 |
| | ) | |
| Defendants. | ) | |

On January 6, 2022, Plaintiff filed a "Motion for Sanctions Against Defendant United States Life Insurance Company in the City of New York and Request for Expedited Briefing Schedule and Decision by the Court." (Doc. No. 307). The court **GRANTS** Plaintiff's request for an expedited briefing schedule. Defendant United States Life Insurance Company in the City of New York shall have until Friday, January 14, 2022, to file a response to Plaintiff's Motion for Sanctions. Plaintiff shall have until Monday, January 17, 2022, to file a reply.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court